FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL RAY HOGAN,

         Petitioner-Appellant,

v.

JEREMY BEAN; ATTORNEY GENERAL FOR THE STATE OF NEVADA,

         Respondents-Appellees.

No.    18-99004

D.C. No.
2:97-cv-00927-JCM-PAL

ORDER

Before: BERZON, BYBEE, AND CALLAHAN, Circuit Judges.

Appellees' Motion to Stay the Mandate (Dkt. No. 107) is GRANTED. Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is stayed for 90 days to permit the filing of a petition for writ of certiorari in the Supreme Court. Appellees must notify the Court in writing that the petition has been filed, in which case the stay will continue until the Supreme Court resolves the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii). Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this Court immediately upon the Supreme Court's decision.